UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TAMARA L. ALLEN,

        Plaintiff,

    -v-                      5:14-CV-1576
                               (DNH/ATB)

CAROLYN W. COLVIN,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                              OF COUNSEL:

Olinsky Law Group                     HOWARD D. OLINSKY, ESQ.
Attorneys for Plaintiff                  NATHANIEL V. RILEY, ESQ.
300 S. State Street
Suite 420
Syracuse, NY 13202

Social Security Administration          SERGEI ADEN , ESQ.
Attorneys for Defendant                Special Asst. U.S. Attorney
Office of Regional General Counsel
Region II
26 Federal Plaza - Room 3904
New York, NY 10278

DAVID N. HURD
United States District Judge

## **DECISION and ORDER**

      Plaintiff Tamara L. Allen filed this action seeking judicial review of a final decision of the Commissioner of Social Security denying her application for supplemental security income benefits and disability insurance benefits under the Social Security Act. By Report-Recommendation dated February 22, 2016, the Honorable Andrew T. Baxter, United States

Magistrate Judge, recommended that the decision of the Commissioner be affirmed and that plaintiff's complaint be dismissed. No objections to the Report-Recommendation have been filed.

Based upon a careful review of the entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole. See 28 U.S.C. § 636(b)(1).

Therefore,

it is ORDERED that

Plaintiff's complaint is **DISMISSED**.

The Clerk of the Court shall enter judgment and close the case.

IT IS SO ORDERED.

United States District Judge

Dated: March 14, 2016
      Utica, New York